NOT FOR PUBLICATION                                             (Doc. Nos. 462-465)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| CAROL BELL, on behalf of herself and those similarly situated, | : : : : | |
| Plaintiffs, | : : | Civil No. 08-6292 (RBK/AMD) |
| v. | : : | **ORDER** |
| LOCKHEED MARTIN CORPORATION, | : : | |
| Defendant. | : : | |

**THIS MATTER** having come before the Court upon Defendant Lockheed Martin Corporation's Motion for Attorney's Fees (Doc. Nos. 462-464) and Plaintiff Linda Abt's Opposition to the Motion for Attorney's Fees (Doc. No. 465); and the Court having considered the supporting papers and the responses thereto; and

**THE COURT NOTING** that on September 30, 2011, Magistrate Judge Donio issued an Amended Report and Recommendation holding Plaintiff Abt in contempt (Doc. No. 447); and

**THE COURT FURTHER NOTING** that Plaintiff Abt originally filed objections to the Report and Recommendation (Doc. No. 441), that Plaintiff Abt then requested to have her objections to the Report and Recommendation withdrawn, and that the Court then accepted Plaintiff's Abt's withdrawal of her objections;

**IT IS ORDERED** that, for the reasons expressed in the accompanying Opinion, Defendant's Motion for Attorney's Fees is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff Linda Abt shall reimburse the costs and attorney's fees to Defendants in the total amount of $47,614.50 in accordance with the following schedule:

1. Plaintiff shall reimburse Defendant in the amount of $39,403.50 for work performed by Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

2. Plaintiff shall reimburse Defendant in the amount of $8,211.00 for work performed by Morgan, Lewis & Bockius LLP.


Dated: 5/14/12                                                    /s/ Robert B. Kugler
                                                                                                         ROBERT B. KUGLER
                                                                                                          United States District Judge